United States District Court
District of Massachussetts
No. _____

FILED IN CLERKS OFFICE
2022 DEC 29 AM 11:42
U.S. DISTRICT COURT
DISTRICT OF MASS.

Kinky MacDonald
v.
Chief of Boston Police John Doe
Boston Police Officers John Does 1-25
Brighton Police officers John Does 1-25
Warden of Roxbury Jail, Boston Massachusets John Doe
Correctional Officers of Boston, Massachussetts Jail John Doe
Correctional Officers of Boston, Massachussetts Jail Jane Doe 1-
Medical Staff of Boston Massachussetts Jail John Doe 1-15
Unknown Court appointed Attorney John Doe
Unknown District Attorney Jane Doe

I   Jurisdiction & venue

1. This is a civil action authorized by 42 U.S. §1983 and §1985 to redress the deprivations un color of state law, of rights secured by the Constitution of the United States. The court ha jurisdiction under 28 USC §1331 and 1343. Plaintiff seeks declaratory relief pursuant to 28 USC §2201 and §202

2. The District of Massachussets is an appro riate venue under 28 §1391 because it is where the events giving rise to this claim occurred.

II   Plaintiff

3. Plaintiff was at all times residing in Brighton Massachussets until arrested (falsely

by her home and then suffered unlawful confinement until extradicted to Maine where she is currently being held.

III. Defendants

4. Chief of Police of Boston is responsible for the training and actions of his subordinates while acting under color of law to ensure the safety of people and their rights within his jurisdiction and according to state law.

5. Boston Police Officers John Does 1-25 are responsible for protecting the safety and rights of people within their jurisdiction according to state law.

6. Brighton Police Officers John Does 1-25 are responsible for the safety of people and their rights within their jurisdiction according to State law.

7. Warden of Roxbury Jail, Boston Massachusetts is responible for the training of his subordinates and the safety of the inmates in his jail according to state law.

8. Correctional Officers of Boston Massachessetts

Jail John Does 1-30 are responsible for their actions and the safety of inmates according to state law.

9. Correctional Officers of Boston Massachusetts Jail Jane Does 1-30 are responsible for their actions and the safety of inmates according to state law.

10. Medical Staff of Boston Massachusetts Jail Jane Does 1-15 are responsible for physical and mental health of inmates within the jail according to their licenses and state law.

11. Unknown court appointed defense attorney for Brighton Massachusetts provides appointed defense counsel for the City of Brighton, Massachusetts, and therefore, under good samaritan doctrine as well as US Constitution, must provide a defendant with effective counsel and advocate for the rights of a Defendant.

12. Unknown District attorney is responsible for prosecuting crimes, but also only crimes for which probable cause exits that a defendant

violated a statute of the State of Massachussetts.

IV.   Facts.

13. On or about Monday, August 8th 2022, Plaintiff was leaving her home at 172 Bigelow St, Brighton, MA 02143. Plaintiff departed 39 steps to her vehicle, spoke with a neighbor, petted the dog and entered her vehicle to get a prescription filled.

14. Boston Police Officer was watching Plaintiff's home, having acquired an arrest warrant, and instead of knocking on Plaintiff's door to arrest her, watched her leave to pull her over in her vehicle and search her vehicle and have it impounded/towed.

15. Boston Police did, in fact pull Plaintiff over 2 doors down from her home.

16.) Plaintiff legally parked her vehicle on the street and complied with orders of the officer to exit the vehicle.

17.) Officer John Doe 1 insisted Plaintiff leave her purse and other property in the

vehicle.

18.) Plaintiff was separated from her purse and her property for the arrest.

19.) Upon arrival at the Police station, Plaintiff's cash wash mysteriously less than what she had placed inside of her purse by at least $2,500.00

20.) Plaintiff's shoes and other property was confiscated by the Police without a warrant.

21.) Plaintiff was taken to jail and then the local hospital to get her perscriptions filled and to receive scheduled Rabies vaccines for animal bites.

22.) The hospital neither filled Plaintiff's prescriptions nor provide rabies vaccines. Stating; 'the jail will provide'

23.) Plaintiff was transported to an unknown jail Roxbury jail

24.) Plaintiff had Court in Brighton, Massachusse where she was falsely charged by Boston Polic

as well as Prosecutor Jane Doe for "fugitive of law."

25. Plaintiff was given a public defender and Plaintiff/defendant explained she was not a fugitive and was not aware of the charges pending in Maine. The public defender made no such argument on Plaintiff's behalf. Plaintiff was ordered to be held for extradition.

26. At Roxbury jail, Plaintiff was denied a scheduled call with her medical provider, Rabies vaccines, her prescriptions. Plaintiff began to feel "shocky" and unsteady on her feet and asked for help.

27. The unknown female officers called for an "extraction team" whom pulled and pushed Plaintiff around by her injured arms. Plaintiff pulled her arms free. The officers said "Cuff her." Plaintiff did not move so that she could be handcuffed by the officers, who, instead forced her to fall face first on the floor, knocking Plaintiff out and causing a gash to open by her left eye.

28. Plaintiff was in and out of consciousness while the officers put Plaintiff in a wheelchair and held her head up by choking Plaintiff with her clothing to make her take a photo - calling the event "weekend at Bernies" and laughing at Plaintiff.

29. Plaintiff was repeatedly harrassed to stand up and pushed in a wheelchair to medical. All the while Plaintiff was in and out of consciousness and being choked by her clothes and told she needed to stand.

30. Plaintiff was placed in a hospital bed and began to sleep, but one of the Officers followed Plaintiff into her room and slammed his keys onto the metal sink to scare Plaintiff awake.

31. Plaintiff was awakened by the noise believing she had just been shot by a police officer, cried and held up her hands. The Officer left the room.

32. Plaintiff continued to ask for help from anyone that came to her room to check on her. A "mental health" worker stated: "That's what you get when you get assaultive with an

officer."

38. Plaintiff had severe head and neck pain and dizziness, but was dragged from medical to the "Shue" and told to stand for another strip search.

39. Plaintiff cried that she could not stand. She was told her clothes would be cut off of her if she refused. Plaintiff reiterated, she wanted to comply but couldn't.

40. A female officer was so frustrated, she pushed Plaintiff's skull down into a desk, then grabbed Plaintiff's neck to chocke her, then pressed her fingers into Plaintiff's neck, calling her names & hurting Plaintiff although Plaintiff was not fighting.

41. Another officer removed the mattress from Plaintiff's bed stating "You don't get a fucking mattress, Bitch! Fuck you." Multiple officers then picked Plaintiff up and slammed her face and body onto the steel bed while Plaintiff was remained hand cuffed from behind.

42. Plaintiff was left on the bed hand cuffed for hours. Plaintiff's shoulders had been

forced out of the sockets.

43. Plaintiff begged for help. A female leutnant came in and asked Plaintiff to stand or have her clothes cut off. Plaintiff explained she would stand if she could, and begged for her clothes to be cut off so she could be freed from handcuffs.

44. Men filled Plaintiff's cell, filming her clothes being removed. Plaintiff was uncuffed, but left naked and without a mattress.

45. Plaintiff had to put clothes on by grabbing them from nearby by her feet. She could not stand and was freezing.

46. Plaintiff continued to request a doctor and a mattress + blanket.

47. A mattress was delivered. Plaintiff was only able to have it half way on her bed

48. A blanket was delivered. Plaintiff used it as a neck brace and used the mattress as a slide to come to the door for medications and food and drink - All were refused unless

Plaintiff came to the door on her own

48. Plaintiff had to urinate by the door in a cup and also eat by the door.

49. Plaintiff was refused antibiotics and her Rabies vaccine - showers, toothbrush, phone calls.

50. A "hearing officer" came in stating Plaintiff was being charged with trying to assault an officer to receive the beating. Plaintiff pled not guilty.

51. The "hearing officer" looked at the video and stated Plaintiff was not guilty of trying to assault a police officer.

52. Plaintiff continued to beg for help, a doctor, and supervisor and wrote notes

53. Plaintiff was wheelchaired again to medical and given an EKG, but no Rabies vaccines or antibiotics or doctor's exam was given. The nurse said: "Your eye looks like shit, but you are fine."

54. Plaintiff continued to use a blanket as a neck brace + made attempts to stand or walk, but she did not have shoes. The entire medical unit was filthy.

55. Plaintiff was dragged on her feet to take photos + prints despite her pain + dizziness.

56.) On day 8, Plaintiff received shoes.

57.) On day 9, Plaintiff was transported to Court - never having a shower, a phone call, a toothbrush or any care.

58.) In court, the false charges were finally dropped, but Plaintiff's property was not returned to her prior to extradition.

59.) Plaintiff suffered post concussion syndrome, ~~antsost~~ anisosclerosis, migraine headaches, dizziness and was wheelchair bound for weeks/months following this event.

60.) Plaintiff's vehicle was sold - not having any way to call anyone or retrieve it.

Legal Claims.

61. All officers involved used excessive force against Plaintiff, or were deliberately indifferent, denied medical care/treatments and refused basic human rights according to the 8th Amendment or were deliberately indifferent while the incidents occurred.

62. Plaintiff suffered false arrest and illegal search and seizure and theft from the Officers involved and the other officers were deliberately indifferent, while the Public defender and prosecutor also showed deliberate indifference.

63. The actions and deliberate indifference + negligence violated Plaintiff's Constitutional Rights, caused pain + suffering + physical + emotional + financial injury

64. Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of defendants unless this court grants declaratory + injunctive relief which Plaintiff seeks

VI  Prayer for Relief
Wherefore, Plantiff respectfully prays that this Court enter judgement;

65. Granting Plantiff a declaration that the acts and omissions described herein violate her rights under the constitution and laws of the United States, and.

66. Preliminary injunction and permanent injunction ordering defendants to cease their unlawful physical violence + medical negligence toward Inmates

67. Grant Plaintiff compensatory damages in the amount of $50,000.00 against each defendant, jointly and severally

68. Plaintiff seeks a jury trial on issues triable by jury.

69. Plaintiff seeks recovery of costs in this suite and

Any additional relief this court deems just + proper, and equitable

Dated  10/5/22

Respectfully submitted

Kirby MacDonald
c/o Cumberland County Jail
50 County Way
Portland, ME 04101

Please service parties

*Kirby MacDonald*

Verification
I have read the forgoing complaint + hereby verify that the matters alleged therein are true. I certify under penalty of perjury that the forgoing are true + correct to the best of my knowledge.

Executed 10/5/2022
*Kirby MacDonald*