UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KINLEY MACDONALD,<br><br>    Plaintiff,<br><br>v.<br><br>CHIEF BOSTON POLICE, et al.,<br><br>    Defendants. | CIVIL ACTION<br>No. 22-12233-AK |

## ORDER

**A. KELLEY, D.J.**

    On April 11, 2023, Plaintiff was granted leave to proceed *in forma pauperis* and ordered to file an amended complaint that sets forth a plausible claim upon which relief may be granted. Now before the Court are Plaintiff's Motion for Extension of time, Renewed Motion for Appointment of Counsel and Notice of Change of Address.

    Accordingly, it is hereby **ORDERED**:

    1.    The motion for extension of time [Dkt. 16] is **ALLOWED**. Plaintiff is not required to file an amended complaint until further order of the Court.

    2.    The renewed motion for appointment of counsel [Dkt. 17] is **CONDITIONALLY GRANTED**.

    3.    This matter is referred to the Court's Pro Bono Coordinator to attempt to secure counsel for the limited purpose of filing an amended complaint. Macdonald is advised that the conditional granting of her motion to appoint counsel does not mean that she is guaranteed appointment of *pro bono* counsel. The Court's Pro Bono Coordinator will contact members of the local bar who have expressed an interest in pro bono representation in this Court and inform

them that the Court seeks a pro bono attorney for the limited purpose of filing an amended complaint.  If, however, none of these attorneys agree to represent the plaintiff, she will be required to file an amended complaint herself.  The Pro Bono Coordinator shall, by July 31, 2023, report to the Court the result of efforts to obtain *pro bono* counsel for Macdonald.

**SO ORDERED.**

Dated: June 22, 2023 /s/ Angel Kelley_____
Hon. Angel Kelley
United States District Judge