# United States Court of Appeals
## For the First Circuit

No. 23-1348

KINLEY MACDONALD,

Plaintiff - Appellant,

v.

CHIEF BOSTON POLICE, John Doe; BOSTON POLICE OFFICERS; JOHN DOES 1-25; BRIGHTON POLICE DEPARTMENT, John Does 1-25; WARDEN OF ROXBURY JAIL; BOSTON MASSACHUSETTS JOHN DOE; CORRECTIONAL OFFICERS OF BOSTON MASSACHUSETTS; JAIL JOHN DOES CORRECTIONAL OFFICER OF BOSTON MASSACHUSETTS; JAIL JANE DOE 1 MEDICAL STAFF OF BOSTON MASSACHUSETTS JAIL; UNKNOWN COURT APPOINTED ATTORNEY, John Doe; UNKNOWN DISTRICT ATTORNEY, Jane Doe,

Defendants - Appellees.

**JUDGMENT**

Entered: July 26, 2023
Pursuant to 1st Cir. R. 27.0(d)

Plaintiff - Appellant Kinley MacDonald is presently in default for failure to file a show cause response. The order warned appellant that failure to file a show cause response brief would result in this appeal's dismissal for lack of diligent prosecution. Appellant has failed to comply and has not requested an extension of time to do so.

Accordingly, it is ordered that the above-captioned appeal be dismissed. See 1st Cir. R. 3.0(b) and 45.0(a).

By the Court:

Maria R. Hamilton, Clerk

cc:
Kinley MacDonald