IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KINLEY MACDONALD,<br><br>            *Plaintiff*,<br><br>  v.<br><br>JARED DACKERS, STEVEN BOYCE, WILLIAM TORRES, JENNIFER LYNCH, JANE DOE, JOHN DOE, DANEKA BARBOUR, ERIK DOLDT, JAMES WIRTZ, MARY MARREN, DANIEL FITZGIBBON,<br><br>            *Defendants*. | Civil Action No. 1:22-cv-12233-AK |

### NOTICE OF APPEARANCE OF CHRISTIE LAROCHELLE

Pursuant to Local Rule 83.5.2(a) and the Court's June 22, 2023, and January 10, 2024, Orders for Appointment of *Pro Bono* Counsel (ECF Nos. 19, 26), please enter the appearance of Christie L. Larochelle of Goodwin Procter LLP as counsel for Plaintiff Kinley MacDonald in the above-captioned matter. Consistent with the Court's Order (*id.*), this *pro bono* appointment is limited solely for the purpose of filing an amended complaint in this action.

Dated: August 1, 2025

                                                                Respectfully submitted,

                                                                */s/ Christie L. Larochelle*
                                                                Christie L. Larochelle (BBO #705561)
                                                                GOODWIN PROCTER LLP
                                                                100 Northern Avenue
                                                                Boston, MA 02210
                                                                Telephone:  (617) 570-1000
                                                                Facsimile:  (617) 523-1231
                                                                clarochelle@goodwinlaw.com

                                                                *Appointed Limited Pro Bono Counsel for Kinley MacDonald*

## CERTIFICATE OF SERVICE

I, Christie L. Larochelle, do hereby certify that on this 1st day of August, 2025, the foregoing document was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing. I further certify that I served copy of the foregoing document via email on Allen Forbes (AForbes@scsdma.org), Counsel for the Suffolk County Sheriff's Department, who has agreed to accept service on behalf of Defendants Jared Dackers, Steven Boyce, William Torres, Jennifer Lynch, Daneka Barbour, Erik Doldt, James Wirtz, Mary Marren, and Daniel Fitzgibbon.

*/s/ Christie L. Larochelle*

Christie L. Larochelle