IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KINLEY MACDONALD,<br><br>*Plaintiff*,<br><br>v.<br><br>JARED DACKERS, STEVEN BOYCE, WILLIAM TORRES, JENNIFER LYNCH, JANE DOE, JOHN DOE, DANEKA BARBOUR, ERIK DOLDT, JAMES WIRTZ, MARY MARREN, DANIEL FITZGIBBON,<br><br>*Defendants*. | Civil Action No. 1:22-cv-12233-AK |

### NOTICE OF APPEARANCE OF DAVID ZIMMER

Pursuant to Local Rule 83.5.2(a), please enter the appearance of David Zimmer of Zimmer, Citron & Clarke as counsel for Plaintiff Kinley MacDonald in the above-captioned matter.

Dated: August 1, 2025

Respectfully submitted,

*/s/ David Zimmer*
David Zimmer (BBO #692715)
ZIMMER, CITRON & CLARKE LLP
130 Bishop Allen Drive
Cambridge, MA 02139
Telephone: (617) 676-9421
dzimmer@zimmercitronclarke.com

*Counsel for Kinley MacDonald*

## **CERTIFICATE OF SERVICE**

I, David Zimmer, do hereby certify that on this 1st day of August, 2025, the foregoing document was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing. I further certify that I served copy of the foregoing document via email on Allen Forbes (AForbes@scsdma.org), Counsel for the Suffolk County Sheriff's Department, who has agreed to accept service on behalf of Defendants Jared Dackers, Steven Boyce, William Torres, Jennifer Lynch, Daneka Barbour, Erik Doldt, James Wirtz, Mary Marren, and Daniel Fitzgibbon.

*/s/ David Zimmer*
David Zimmer