IN THE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kinley MacDonald
    Plaintiff

v.

Jared Dackers, et all

Civil Action No.
1:22-cv-12233AK

Motion to Amend Complaint

COMES NOW, Plaintiff, Pro Se, requesting to amend the Complaint filed in or around August 2025 and states therefore as follows:

1.) Plaintiff & former appointed counsel drafted an amended complaint per court order.

2.) Plaintiff's former appointed counsel and Plaintiff had a misunderstanding about certain Defendants and claims being edited from the complaint.

3.) Plaintiff's former appointed counsel acted without malice or negligence, to delete defendants and claims, but Plaintiff did not intend to allow such edits to be made without further discussions.

4.) The complaint was filed with new counsel whom were unaware of

Plaintiff's apprehension to make such edits and have expressed feeling misled in their contracted representation.

## Conclusion

With an approaching statute of limitations, and appointed counsel's concerns to help Plaintiff acquire new counsel- some misunderstandings occurred and edits had (KM) taken place that Plaintiff did not notice until after the complaint was filed. No negligence or malicious intent was the cause, but the edits have confused Plaintiff's engagement with current counsel such that Plaintiff moves pro se to try to correct. Plaintiff requests oral arguments if further clarification is necessary & has attached a previous draft aligned with Plaintiff's intended Defendents + claims.

Respectfully Submitted

Kinley MacDonald
c/o YCS
1 Layman Way
Alfred, ME 04002