IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2025 NOV 10 AM 1:19
DISTRICT OF MASS.

Kinley MacDonald
   Plaintiff

v.

Jared Dackers, et al
   Defendants

Civil Action No.
1:22-cv-12233 AK

## Motion to Stay Proceedings

COMES NOW, Plaintiff, Pro Se, requesting a temporary stay of proceedings & states therefore as follows:

1.) Plaintiff recently contracted with a new lawfirm to take over the proceedings as her councel in place of court appointed counsel.

2.) As in Plaintiff's previous Motion to Amend, contractual issues with Plaintiff's new law firm surfaced & communication between Plaintiff & the attorneys of record have broken down - if they had ever been established.

3) Plaintiff is working on counsel replacement, but is severely limited while incarcerated & preparing for trial.

## Conclusion

Plaintiff's issues with new counsel were unforseeable and frustrating, but representation is necessary for her to proceed.

Opposing counsel has already filed an answer to the unammended complaint. Plaintiff, in good faith, has made every effort to resolve these contractual issues with counsel of record, but has been unsuccessful. Replacement counsel is not easily obtained for incarcerated persons, so Plaintiff requests this temporary stay in good faith to find new counsel for efficiency of proceeding further.

Respectfully Submitted

11/1/25

Kinky MacDonald
c/o YCS
1 Layman Way
Alfred, ME 04002

Kinley MacDonald

v.                                                    No.

Jared Dackers, et al

Service Request to Parties if Necessary

Plaintiff/Appellant Pro-Se, requests this Honorable Court to service the parties in the above styled case with the submitted materials as she is unable to at this time.

Respectfully Submitted

11/1/25

KINLEY MACDONALD
YORK COUNTY JAIL
1 LAYMAN WAY
ALFRED, ME 04002

*In re* Kinley MacDonald

## Declaration of Inmate Filing
28 U.S.C. § 1746; 18 U.S.C. § 1621

I am an inmate confined in an institution. Today, November 1st, 2025, I am depositing the Motion to Stay Proceedings. in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf. *Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii)*

I declare under penalty of perjury that the foregoing is true and correct

*[signature]* 11/1/25
KINLEY MACDONALD
YORK COUNTY JAIL
1 LAYMAN WAY
ALFRED, ME 04002

Kirby MacDonald
c/o YCS
1 Layman Way
Alfred, ME 04002

SO. MAINE P&DC  041

6 NOV 2025 PM 2 L

1775



SCREENED
USMS

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way,
Suite 2300
Boston, MA  02210
02210-302599